IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE DAVID C. EALY
LARRY E. EALY., SR.,

        Petitioner,    :    Case No. 3:16-cv-075

  - vs -                       District Judge Walter Herbert Rice
                              Magistrate Judge Michael R. Merz

SEMOINE CHILDS, et al.,

        Respondents.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED for want of prosecution.

April 8, 2016.

                                                     /s/ Walter Herbert Rice
                                                     Walter Herbert Rice
                                                     United States District Judge